JAMES MOORE, d/b/a SUMMIT REALTY COMPANY v. CLYDE EATON, d/b/a EATON CONSTRUCTION COMPANY

No. 7321DC3

(Filed 14 February 1973)

APPEAL by defendant from *Billings, District Judge,* 5 June 1972 Session of District Court held in FORSYTH County.

In re Hawkins

Action for commissions and expenses alleged to be due plaintiff by defendant in connection with an oral agreement relating to real estate sales. Defendant counterclaimed for a sum alleged to be due him. The jury answered the issues in favor of plaintiff and defendant appealed.

*White and Crumpler by Carl D. Downing, Michael J. Lewis and G. Edgar Parker for plaintiff appellee.*

*Drum, Liner & Redden by David V. Liner for defendant appellant.*

VAUGHN, Judge.

Only one exception appears in the record of the trial. Approximately 23 pages of the printed record are taken up by the court's charge. On about the 16th page of the charge there appears "EXCEPTION NO. 1" without further indication as to what portion of the charge appellant deems objectionable. The portion of the charge objected to is not quoted in an assignment of error. In our discretion, however, we have considered appellant's objections to the charge as they are set out in his brief and hold that no prejudicial error has been shown.

No error.

Judges BRITT and PARKER concur.